IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LORENZO SPELLMAN,            )
                             )
    Petitioner,              )
                             )
v.                           )    Civil Action No. 3:15CV458–HEH
                             )
ERIC D. WILSON,              )
                             )
    Respondent.              )

## MEMORANDUM OPINION
(Denying 28 U.S.C § 2241 Petition Without Prejudice)

Petitioner, proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on August 20, 2015, the Court directed Petitioner to complete and return, within eleven days of the date of entry thereof, the standardized forms for filing a § 2241 petition. More than eleven (11) days have passed and Petitioner has not returned the required forms and has not responded in any manner to the Court's August 20, 2015 Memorandum Order.

Accordingly, the petition will be dismissed without prejudice.

An appropriate Order shall issue.

                                                 /s/
                                  HENRY E. HUDSON
Date: Oct 6, 2015            UNITED STATES DISTRICT JUDGE
Richmond, Virginia